FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 6 2011

GREGORY C. LANGHAM
CLERK
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00944-BNB

BARBARA G. GEARHART,

    Plaintiff,

v.

WORLD SAVINGS BANK, FSB,
WACHOVIA,
WELLS FARGO BANK, dba TRUSTEE CORPS,
ARONOWITZ & MECKLENBURG, LLP, and
DOES 1-10,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 6, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00944

Barbara G Gearhart
5525 Lavarie Crt
Colorado Springs, CO 80917

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 6, 2011.

                               GREGORY C. LANGHAM, CLERK

                     By: _____
                                  Deputy Clerk